**Virgil HOWARD, Plaintiff-Appellee,**

**v.**

**UNITED STATES of America et al.,**
**Defendants-Appellants.**

**No. 29991.**

United States Court of Appeals,
Fifth Circuit.

April 27, 1971.

Rehearing Denied May 20, 1971.

Anthony J. P. Farris, U. S. Atty., George R. Pain, Asst. U. S. Atty., Houston, Tex., for defendants-appellants.

Joseph D. Jamail, John Gano, Jamail & Gano, Houston, Tex., for plaintiff-appellee.

Before GOLDBERG and DYER, Circuit Judges, and GROOMS, District Judge.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.